UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 99 CR 928 |
| | ) | |
| NICOLE DAVIS, | ) | |
| | ) | Hon. Matthew F. Kennelly |

**FILED** NOV 2 0 2001
JUDGE MATTHEW F. KENNELLY
UNITED STATES DISTRICT COURT
**DOCKETED** NOV 2 8 2001

### VERDICT

With respect to **COUNT ONE** of the indictment, we, the jury, find defendant NICOLE DAVIS,

GUILTY ✓     NOT GUILTY _____

If you find defendant NICOLE DAVIS guilty with respect to Count One, you then must answer the following two questions by checking the applicable line:

1. With respect to Count One, we, the jury find that the following has been proven beyond a reasonable doubt [check only one line]:

    A Conspiracy to Distribute or to Possess with Intent to Distribute a measurable amount but less than 500 grams of Cocaine _____

    A Conspiracy to Distribute or to Possess with Intent to Distribute 500 grams of Cocaine or more, but less than 5 kilograms of Cocaine _____

    A Conspiracy to Distribute or to Possess with Intent to Distribute 5 kilograms of Cocaine or more ✓

145

2. With respect to Count One, we, the jury find that the following has been proven beyond a reasonable doubt [check only one line]:

A Conspiracy to Distribute or to Possess with Intent to Distribute a measurable amount but less than 100 grams of Heroin     _____

A Conspiracy to Distribute or to Possess with Intent to Distribute 100 grams of Heroin or more, but less than 1 kilogram of Heroin     _____

A Conspiracy to Distribute or to Possess with Intent to Distribute 1 kilogram of Heroin or more     ✓

With respect to **COUNT TWO** of the indictment, we, the jury, find defendant NICOLE DAVIS,

GUILTY __✓__          NOT GUILTY _____

If you find defendant NICOLE DAVIS guilty with respect to Count Two, you then must answer the following two questions by checking the applicable line:

1. With respect to Count Two, we, the jury find that the following has been proven beyond a reasonable doubt [check only one line]:

    Attempted possession with intent
    to distribute a measurable amount
    but less than 500 grams of Cocaine                    _____

    Attempted possession with intent
    to distribute 500 grams of
    Cocaine or more, but less than
    5 kilograms of Cocaine                                _____

    Attempted possession with intent
    to distribute 5 kilograms of
    Cocaine or more                                       __✓__

2. With respect to Count Two, we, the jury find that the following has been proven beyond a reasonable doubt [check only one line]:

    Attempted possession with intent
    to distribute a measurable amount
    but less than 100 grams of Heroin                     _____

    Attempted possession with intent
    to distribute 100 grams of
    Heroin or more, but less than
    1 kilogram of Heroin                                  _____

    Attempted possession with intent
    to distribute 1 kilogram of
    Heroin or more                                        __✓__

## VERDICTS – COUNTS ONE and TWO

_[signature]_
FOREPERSON

_Rochelle Ingram_

_[signature] Vincent C. Wu_____, Jr_

_[signature] Raymond_

_[signature] Kenneth P. Twenty_

_Agnes Mathew_

_Janice Hampton_

_[signature] Michael Batt_

_Brenda Owen_

_[signature]_

_Thomas M Mulc__f_

_[signature]_

11-20-01
(Date)