# UNITED STATES DISTRICT COURT
Everett McKinley Dirksen Building
219 S. Dearborn Street
Chicago, Illinois 60604

**FILE COPY**

**MICHAEL W. DOBBINS**

Office of the Clerk
June 17, 2005

Mr. Gino J. Agnello, Clerk
U.S. Court of Appeals-Seventh Circuit
219 South Dearborn Street-Room 2722
Chicago, Illinois 60604

RE: U.S.A. -V- NICOLE DAVIS

U.S.D.C. DOCKET NO. 99 CR 928-1

U.S.C.A. DOCKET NO. 02-2979

U.S.C.A.—7th Circuit
**RECEIVED**
JUN 1 7 2005 GW
GINO J. AGNELLO
CLERK

Dear Mr. Agnello;

Please find attached the supplemental record on appeal consisting of the following:

NONE _____ VOLUME(S) OF PLEADING(S)

NONE _____ VOLUME(S) OF TRANSCRIPT(S)

NONE _____ VOLUME(S) OF DEPOSITION(S)

EXHIBITS: NONE _____

VAULT ITEMS: _____

OTHER (SPECIFY): ONE LOOSE PLEADING, DOCUMENT # 248

SPECIAL NOTE: (ORIGINAL RECORD TRANSMITTED ON 7/31/02.)

Please acknowledge date of receipt of the above mentioned materials on the attached copy of this letter.

Very truly yours,
**MICHAEL W. DOBBINS, Clerk**

KAREN TAPIA
(Deputy Clerk)

**UNITED STATES DISTRICT COURT** )
)
**NORTHERN DISTRICT OF ILLINOIS** )

I, MICHAEL W. DOBBINS, Clerk of the United States District Court for the Northern District of Illinois, do hereby certify to the United States Court of Appeals, for the Seventh Circuit, the following, to wit, in supplement to the Record on Appeal heretofore certified to your court on :7/31/02

in the cause entitled : USA -V- NICOLE DAVIS

U.S.D.C. : 99 CR 928-1
U.S.C.A. : 02-2979

| DATE FILED | ITEM NUMBER | DESCRIPTION |
|---|---|---|
| 6/13/05 | 248 | MINUTE entry before Judge Matthew F. Kennelly : The case has been remanded to this Court for the limited purpose contemplated by United States v. Paladino. The Court states that if the Sentencing Guidelines had not been mandatory at the time of the defendant's sentencing, the Court would not have imposed the same sentence. The Clerk is directed to transmit a copy of this order to the United States Court of Appeals for the Seventh Circuit for consideration in connection with that Court's Case No. 02-2979. |

**IN TESTIMONY WHEREOF,** I have hereunto subscribed my name and affixed the seal of the aforesaid court at Chicago, Illinois, this;
June 17, 2005
**MICHAEL W. DOBBINS, Clerk**

**by Karen Tapia (Deputy Clerk)**