IN THE
UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 99 CR 928 |
| v. | ) | |
| | ) | Judge Matthew F. Kennelly |
| NICOLE DAVIS | ) | |

**NICOLE DAVIS'S UNOPPOSED MOTION FOR**
**EARLY TERMINATION OF SUPERVISED RELEASE**

NICOLE DAVIS, by the Federal Defender Program and its attorney DANIEL P. McLAUGHLIN, respectfully submits this unopposed motion for early termination of supervised release. In support of this unopposed motion, Ms. Davis states the following:

1. On November 20, 2001, Ms. Davis was found guilty of conspiring to possess with intent to distribute heroin and cocaine, in violation of 21 U.S.C. § 841(a)(1) (Count One) and attempting to possess with the intent to distribute heroin and cocaine, in violation of 21 U.S.C. § 846 (Count Two).

2. Later, on July 8, 2002, this Court sentenced Ms. Davis to 262 months in the custody of the Bureau of Prisons, to be followed by 60 months of supervised release. The Seventh Circuit Court of Appeals returned the case to this Court on a *Paladino* remand, allowing the Court to exercise its post-*Booker* discretion. As a result, Ms. Davis was resentenced on January 17, 2006, and the custodial portion of her sentence was reduced to 168 months (concurrent on each of the two counts of conviction). The 60 month term of supervised release remained

1

unchanged.

3. Ms. Davis completed the custodial portion of her sentence on October 3, 2014, though she was released to the BOP's halfway house well before that date. During the time since her release from custody she has been a model supervisee and no special reports have been filed with this Court. Ms. Davis is not subject to any financial obligations. Ms. Davis lives with her daughter in Chicago.

4. Since her release from custody, Ms. Davis has worked with several community groups. A particular focus has been to work with children whose parents are incarcerated. Ms. Davis also works with groups that are committed to stopping violence in the city. More recently, Ms. Davis has been invited to speak at out-of-town meetings that would require her to travel outside of the judicial district.

5. This Court has discretionary authority under 18 U.S.C. §3583(e)(1) to terminate supervised release after a defendant has completed one year of the total term if termination is warranted by the defendant's conduct and serves the interests of justice. It is respectfully suggested that early termination is warranted in this case. Ms. Davis has completed over 24 months of supervision without any problems. She works in the community and plays an active role in her family's life. To state it simply, Ms. Davis's life is free from the sort of trouble that marked her involvement in the underlying case (which was based on conduct that took place 17 years ago).

6. United States Probation Officer Nikki Vogelsberg has been consulted regarding this motion and she has no objection to requested relief.

7. Assistant United States Attorney Kartik Raman has been

consulted regarding this motion and reported that his office has no opposition, based on Probation's assessment and determination that Ms. Davis is a suitable candidate for early termination.

  WHEREFORE, for the foregoing reasons, NICOLE DAVIS respectfully requests that this Court grant her unopposed motion for satisfactory early termination of supervised release.

                Respectfully submitted,

                FEDERAL DEFENDER PROGRAM
                Carol A. Brook
                Executive Director

           By: s/ *Daniel P. McLaughlin*
              Daniel P. McLaughlin
              Counsel for Nicole Davis

DANIEL P. MCLAUGHLIN
FEDERAL DEFENDER PROGRAM
55 E. Monroe Street, Suite 2800
Chicago, Illinois 60603
(312) 621-8350

3

## CERTIFICATE OF SERVICE

The undersigned, Daniel P. McLaughlin, an attorney with the Federal Defender Program hereby certifies that the following document:

**NICOLE DAVIS'S UNOPPOSED MOTION
FOR EARLY TERMINATION OF SUPERVISED RELEASE**

was served on October 7, 2016, in accordance with Fed. R. Crim. P. 49, FED. R. CIV. P. 5, LR 5.5, and the General Order on Electronic Case Filing (ECF) pursuant to the district court's system as to ECF filers.

By: *s/ Daniel P. McLaughlin*
DANIEL P. McLAUGHLIN
FEDERAL DEFENDER PROGRAM
55 E. Monroe St., Suite 2800
Chicago, IL 60603
(312) 621-8350